1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   CLEMENTE VILLEGAS BARRERA,           )   Case No.: 1:08-cv-00062-LJO-JLT
                                          )
12               Petitioner,              )   ORDER REQUIRING PETITIONER TO SUBMIT
                                          )   AN AMENDED PETITION
13         v.                             )
                                          )
14   DEBRA DEXTER, Warden,                )   **THIRTY DAY DEADLINE**
                                          )
15               Respondent.              )   ORDER DIRECTING CLERK OF THE COURT TO
                                          )   SEND PETITIONER A FORM FOR FILING
16                                        )   HABEAS CORPUS PETITION PURSUANT TO 28
                                          )   U.S.C. § 2254
17                                        )

18         Petitioner is a state prisoner proceeding through retained counsel with a petition for writ of

19   habeas corpus pursuant to 28 U.S.C. § 2254.

20                          **PROCEDURAL HISTORY**

21         Petitioner filed the instant federal petition on January 2, 2008, raising three claims for relief:

22   (1) denial of constitutional rights when given a consecutive sentence based on facts not found beyond

23   a reasonable doubt by a jury pursuant to Blakely v. Washington, 542 U.S. 296 (2004); (2) ineffective

24   assistance of trial counsel in failing to investigate potential alibi witness evidence;[1] and (3) error in

25   instructing the jury on an "acquittal first" rule and in appellate counsel's failure to raise this issue on

26

27   [1]Petitioner claims that his ex-sister-in-law, Juanita Flores, was prepared to provide Petitioner with an alibi, that this
     information was known to trial counsel, but that counsel did not pursue an investigation of Ms. Flores' potential testimony,
28   thereby providing ineffective assistance.

                                              1

1    appeal.  (Id.).  After the Court ordered Respondent to file a response to the petition, Respondent, on

2    April 3, 2008, filed a motion to dismiss the petition as containing unexhausted claims.  (Doc. 13).

3    Respondent contended that grounds two and three had not been exhausted.  On February 11, 2009, the

4    Court agreed and filed Findings and Recommendations to dismiss the petition as containing

5    unexhausted claims.  (Doc. 17).  The Findings and Recommendations was adopted by the Court on

6    March 13, 2009, and judgment was entered that date dismissing the petition.  (Doc. 18).

7         Petitioner subsequently appealed the dismissal to the Ninth Circuit, which, on May 29, 2012,

8    ruled that while ground two was unexhausted, ground three had been sufficiently exhausted in state

9    court.  (Doc. 35).  On September 6, 2012, the Ninth Circuit issued its mandate and, accordingly,

10   remanded the case to this Court for further proceedings in light of its ruling.  (Doc. 44).

11        Because the Ninth Circuit has ruled that ground two is unexhausted, the Court will permit

12   Petitioner thirty days within which to file an amended petition dismissing the unexhausted ground two

13   and requesting to proceed on the exhausted grounds, i.e., grounds one and three.  Following receipt of

14   Petitioner's motion and amended petition, the Court will order Respondent to file a response to the

15   remaining two claims.

16        Accordingly, it is HEREBY ORDERED that:

17        1.  Petitioner is GRANTED thirty (30) days from the date of service of this Order to SUBMIT

18            an AMENDED PETITION that contains only exhausted grounds, e.g., grounds one and

19            three, and that omits the unexhausted ground two.

20        2.  The Clerk of the Court is DIRECTED to send Petitioner a blank form petition for

21            petitioners filing pursuant to 28 U.S.C. § 2254.

22        Petitioner is forewarned that his failure to comply with this Order may result in an Order of

23   Dismissal or a Recommendation that the petition be dismissed pursuant to Local Rule 110.

24

25

26   IT IS SO ORDERED.

27      Dated:   **October 10, 2012**              **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28